CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR -1 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:02-cr-00111-3 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONALD CLARENCE WILSON | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |

By order [docket no. 70] entered on March 3, 2008, the court denied defendant's 18 U.S.C. § 3582(c)(2) motion seeking recalculation of his sentencing guidelines range pursuant to Amendment 706 to the United States Sentencing Guidelines, regarding crack cocaine sentencing, and a corresponding reduction of his sentence. The denial was based on the following reasoning: "Defendant's multiple drug and cash conversions to marijuana equivalents result in no change to the base offense level under the amended guidelines. Therefore, Defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2)." The case is now before the court upon defendant's motion [docket no. 76] seeking reconsideration of the court's order of March 3, 2008. The court's review of the record affirms that defendant is ineligible for a reduction in sentence because applying the amended guidelines does not change his base offense level. Accordingly, defendant's motion [docket no. 76] requesting reconsideration of the court's order of March 3, 2008, will be **DENIED**.

The Clerk is directed to send a certified copy of this order to defendant.

ENTER: This 1st day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge