AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:02CR00111-003 |
| Ronald Clarence Wilson ) | USM No: 09583-084 |
| ) | |
| Date of Previous Judgment: August 21, 2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___150___ months **is reduced to** ___125 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 120 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Defendant was previously ineligible for a reduction in sentence. However, Defendant is now eligible consistent with Amendment 715 of the guidelines, which became effective May 1, 2008.

Except as provided above, all provisions of the judgment dated ___8/21/2003___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5-27-08

Effective Date: _____
(if different from order date)

/s/ Jackson L. Kiser
Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title